f(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2377 West Shaw Avenue, Suite 208
Fresno, California 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant, RAMIRO SALAS MUNOZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMIRO SALAS MUNOZ,<br><br>Defendant. | Case No.: **1:15-CR-00288-LJO-SKO**<br><br>**WAIVER OF APPEARANCE;<br>ORDER THEREON** |

**TO THE UNITED STATES DISTRICT COURT; UNITED STATES**

**ATTORNEY'S OFFICE, BY AND THROUGH ITS REPRESENTATIVES:**

Defendant **RAMIRO SALAS MUNOZ** by and through his attorney, ROGER D. WILSON, hereby applies to this Court for an Order waiving his appearance at the Discovery Motion Hearing currently scheduled for November 21, 2016, at 1:00 p.m.  This request is made because counsel for Mr. Munoz was recently ordered released from custody to participate in an inpatient addiction recovery program and will be in a "black out" period whereby he will not be permitted to leave the recovery center.  Further, his appearance at the next hearing will not be required as it is not a dispositive motion hearing and in all likelihood, a future hearing will be scheduled.

///

1     Mr. Munoz has maintained regular and routine contact with his counsel, and gives his
2 counsel full authority to act on his behalf at the next hearing.  Mr. Munoz has discussed the
3 upcoming hearing with counsel and is satisfied that all relevant matters have been adequately
4 reviewed and explained.
5     Lastly, Mr. Munoz's counsel has discussed this waiver of appearance with counsel for
6 the Government, who had no objection.
7     It is hereby requested that Defendant RAMIRO SALAS MUNOZ'S appearance at the
8 November 21, 2016, Status Conference be excused.
9     Respectfully submitted,

10 Dated:     April 20, 2015          By:           /s/ Roger D. Wilson
11                                     **ROGER D. WILSON**
                                    Attorney for Defendant
12                                     RAMIRO SALAS MUNOZ
13
14                               --o0o--
15
16                               **ORDER**
17     Defendant RAMIRO SALAS MUNOZ'S request for a waiver of appearance came
18 before this Court and based thereon, and for **GOOD CAUSE** shown, the **COURT ORDERS**
19 **AS FOLLOWS**:
20     Defendant RAMIRO SALAS MUNOZ is hereby excused from appearing at the
21 Discovery Motion Hearing currently scheduled for November 21, 2016, at 1:00 p.m.
22 IT IS SO ORDERED.
23
24     Dated:    **November 17, 2016**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE
25
26
27
28