f(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2377 West Shaw Avenue, Suite 208
Fresno, California 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant, RAMIRO SALAS MUNOZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **1:15-CR-00288-LJO-SKO** |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER.** |
| v. | |
| RAMIRO SALAS MUNOZ, | |
| Defendant. | |

Defendant RAMIRO MUNOZ, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record PHILLIP A. TALBERT, United States Attorney and KATHLEEN A. SERVATIUS, Assistant U.S. Attorney, hereby stipulates to the following modification of conditions of release:

1. By previous order, on November 14, 2016, MR. MUNOZ was ordered released to the Teen Challenge Program, a one-year in-patient drug rehabilitation program maintained by Teen Challenge, located at 42675 Road 44, Reedley, California 93654, under the strict conditions imposed by the United States Pretrial Services Office.

2. MR. MUNOZ, a self-admitted drug addict, has benefited greatly from the residential chemical dependency program administered by Teen Challenge International located in Reedley, California.

3. MR. MUNOZ is now entering his eighth month of clean and sober living and participation in the Teen Challenge program and would like to complete the initial one-year program.

4. Therefore it is stipulated that MR. MUNOZ'S original sentencing date of October 23, 2017, be continued until January 22, 2018 to allow MR. MUNOZ to complete the Teen Challenge program at the Teen Challenge facility in Reedley, California.

5. All other terms and conditions of release remain in full force and effect.

6. Pretrial Services officer has been advised and approves this modification.

IT IS SO STIPULATED.

DATED:   09/13/2017                          /s/ Kimberly A. Sanchez
                                             KATHLEEN A. SERVATIUS
                                             Assistant United States Attorney

DATED:   09/13/2017                          /s/ Roger D. Wilson
                                             ROGER D. WILSON
                                             Attorney for Ramiro Munoz

--o0o--

**O R D E R**

IT IS SO FOUND AND ORDERED that the above Stipulation Modifying Conditions of Release is hereby approved and the modification set forth in paragraph Four (4) of the Stipulation is adopted as a finding by the Court.

IT IS SO ORDERED.

Dated:   **September 13, 2017**            /s/ Lawrence J. O'Neill
                                           UNITED STATES CHIEF DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28