**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2377 West Shaw Avenue, Suite 208
Fresno, California 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant RAMIRO SALAS MUNOZ

f(SPACE BELOW FOR FILING STAMP ONLY)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMIRO SALAS MUNOZ,<br><br>Defendant. | Case No.: **1:15-CR-00288-LJO-SKO**<br><br>**EX PARTE APPLICATION FOR ORDER TO MODIFY TERMS OF DEFENDANT'S PRETRIAL RELEASE; DECLARATION OF ROGER D. WILSON; ORDER.** |
|---|---|

Defendant RAMIRO SALAS MUNOZ by and through his counsel, ROGER D. WILSON, applies *Ex Parte* to the Court for an order modifying the terms of his pretrial release.

This application is based on the attached Declaration of Roger Wilson and upon the records on file in the instant action.

Respectfully submitted,

Dated: July 19, 2019   By:   /s/ *Roger D. Wilson*
                                **ROGER D. WILSON**
                                Attorney for Defendant RAMIRO SALAS MUNOZ

--o0o--

**DECLARATION OF ROGER D. WILSON**

I, Roger D. Wilson, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and the United States District Court for the Eastern District of California, and am counsel of record for Defendant RAMIRO SALAS MUNOZ in the above-referenced case.

2. On January 14, 2016, Mr. Munoz was arrested and subsequently charged by Indictment with violations of 21 USC §§ 846, 841(a)(1) and 841(b)(1)(A) [Count One], and 21 USC §§ 841(a)(1) and 841(b)(1)(A) [Count Three]. Mr. Munoz appeared before the Magistrate Judge Stanley A. Boone, and was detained pending a detention hearing.

3. On January 20, 2016, Mr. Munoz appeared before Magistrate Judge Barbara A. McAuliffe for a detention hearing and was ordered detained.

4. On November 14, 2016, Mr. Munoz was ordered released to the Teen Challenge Program, a one-year in-patient drug rehabilitation program located at 42675 Road 44, Reedley, California 93654, under the strict conditions imposed by the United States Pretrial Services Office.

5. On November 21, 2016, Mr. Munoz executed the terms and conditions of his pretrial release.

6. On information and belief, Mr. Munoz has complied with all terms and conditions of his pretrial release.

7. Mr. Munoz completed the one-year in-patient drug rehabilitation program as well as the 4-month "apprenticeship" program at Teen Challenge.

8. Mr. Munoz is presently employed by Teen Challenge in Reedley as an instructor/counselor.

9. On July 18, 2019, Pretrial Services Officer Jessica McConville contacted me and requested a modification to Mr. Munoz's pretrial release conditions to direct Mr. Munoz to refrain from any use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner, and to notify Pretrial Services immediately of any prescribed medication(s).

10. Therefore, Mr. Munoz requests that the Court modify the term of his pretrial release identified as Condition (7)(j) as follows:

Current language:

"Refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used."

Requested modified language:

"Refrain from **any** use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used."

11. Mr. Munoz has no objection to the requested modification.

12. On July 19, 2019, I communicated with Assistant United States Attorney (AUSA) Kathleen Servatius about the proposed modification. AUSA Servatius replied to me that the Government has no objection to the request.

13. Therefore, Mr. Munoz respectfully requests that the Court grants his request and modify the term of his pretrial release as explained in Paragraph 10, above.

14. All other terms and conditions of pretrial release are to remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 19, 2019, in Fresno, California.

/s/ *Roger D. Wilson*
**ROGER D. WILSON**

# **ORDER**

This matter, having come before the Court on Defendant RAMIRO SALAS MUNOZ's *Ex Parte* application to modify the terms and conditions of his pretrial release, and for good cause shown, **IT IS HEREBY ORDERED**:

Condition (7)(j) of the Order Setting Conditions of Release is modified as follows:

"Refrain from **any** use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used."

IT IS SO ORDERED.

Dated: __**July 19, 2019**__        _____/s/ Lawrence J. O'Neill_____
                                       UNITED STATES CHIEF DISTRICT JUDGE